UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JOEL HERMAN,                                  )
                                              )
              Plaintiff,            ) **Case No. 15-cv-03059  (PKC)(SJB)**
   -against-                                 )
                                              ) **NOTICE OF MOTION**
THE CITY OF NEW YORK et al,                   ) **FOR RULE 37 SANCTIONS**
                                              )
             Defendants.           )
---------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed Declaration of Simon Schwarz dated December 26, 2019 and the accompanying Memorandum of Law in Support of Plaintiff's Motion for Rule 37 Sanctions, Plaintiff, Joel Herman, will move this Court, by and through his undersigned counsel, before the Honorable Sanket J. Bulsara, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Room 304 North, Brooklyn, NY 11201, on the date and time designated by the Court, for an Order pursuant to Fed.R.Civ.P. Rule 37(b) granting Plaintiffs' motion for sanctions against the Defendants, the City of New York and Kenneth Wieber.

    Dated: December 26, 2019
          New York, New York

                                              Respectfully submitted,

                                              __/ss_____
                                              Simon Schwarz
                                              THE SCHWARZ FIRM PLLC
                                              Attorney for Plaintiff Joel Herman
                                              954 Lexington Ave., No. 261
                                              New York, NY 10021-5013
                                              (Ph.): 347-852-3514

TO:
CORPORATION COUNSEL OF THE CITY OF NEW YORK
Richard Bahrenburg, Esq.
Senior Counsel, Federal Litigation Dept.
Corporation Counsel for the City of New York
100 Church Street- Room 3-158
New York, New York 10007
*Attorney for the City of New York, Kenneth Wieber, Anthony D'Alto, John Stewart, and Robert Mamys*